Writ refused. We find no error of law in the judgment.

206 So.2d 711

**Mr. and Mrs. Rufus MARSHALL, Jr.**

v.

**SOUTHERN FARM BUREAU CASUALTY COMPANY et al.**

No. 49073.

Feb. 19, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

206 So.2d 711

**Jack A. HAYES and Milton H. Knox**

v.

**Fritz J. MULLER.**

No. 49079.

Feb. 19, 1968.

The application is denied. This Court will not exercise its supervisory jurisdiction save in cases where there is palpable error in the ruling complained of, and then only if irreparable injury will ensue. No such showing has been made. Applicant has a remedy by appeal in the event of an adverse judgment on the merits.